# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

MICHAEL J. PENDLETON,

                Petitioner

        v.

COURT OF COMMON PLEAS OF
ALLEGHENY COUNTY,

                Respondent

: No. 72 WM 2020
:
:
:
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 6th day of October, 2020, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus/Extraordinary Relief and the Application for an Immediate Hearing are DENIED.